## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Diane Zelinko | CASE NO.: 1:08-cv-0269 |
| Plaintiff, | JUDGE: Wayne R. Andersen |
| v. | |
| Affiliated Management Services, Inc. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:   s/Timothy J. Sostrin __
   Timothy J. Sostrin
   Attorney for Plaintiff
   The Sears Tower
   Suite 5150
   Chicago, IL 60606
   Telephone: 1.866.339.1156
   Tjs@legalhelpers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Affiliated Management Services, Inc.
5651 Broadmoor
Mission, KS 66202

                                                                s/Timothy J. Sostrin